UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:19-cv-60903-BB


YANELLE PRIETO, individually and on behalf of all
others similarly situated,

      Plaintiff,

vs.

CRETE CARRIER CORPORATION,
a Foreign Profit Corporation,

      Defendant.
_____/

## MEDIATOR'S REPORT

In accordance with Local Rule 16.2(f)(1) of the Local Rules, the undersigned Mediator reports that a mediation conference was held on September 23, 2019, all of the parties or their representatives were present, either in person or by telephone and the matter was settled, pending the execution of additional documents and court filings.

Respectfully Submitted,

LICHTER LAW FIRM
2999 NE 191st, Suite 330
Aventura, FL 33180
(305) 356-7555

By: /s/ David Lichter, Esq.
    David H. Lichter, Esq.,
      *Mediator*

*Case No.: 19-cv-60903*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on September 24, 2019, I electronically filed the foregoing document with the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of electronic filing.

*Via Email: ashamis@shamisgentile.com; gberg@shamisgentile.com*

Andrew J. Shamis, Esq.
Garrett O. Berg, Esq.
SHAMIS & GENTILE, P.A.
14 NE 1st Avenue, Suite 1205
Miami, FL 33132

*Via Email*: *ecann@bakerdonelson.com*

Eve A. Cann, Esq.
Baker, Donelson, Bearman, Caldwell
& Berkowitz, PC
100 S.E. 3rd Ave., Suite 1620
Fort Lauderdale, FL 33394

*Counsel for Defendant*

*Via Email: scott@edelsberglaw.com; utanski@edelsberglaw.com*

Scott Edelsberg, Esq.
Jordan D. Utanski, Esq.
EDELSBERG LAW, PA
19495 Biscayne Blvd #607
Aventura, FL 33180

*Counsel for Plaintiff and the Class*

/s/ David Lichter, Esq.
David H. Lichter, Esq.
Florida Bar No. 359122